1
2
3
4
5              IN THE UNITED STATES BANKRUPTCY COURT

6                    FOR THE DISTRICT OF ARIZONA

7

8                                         | Chapter 7

9  BRUCE & SYLVIA FOREACRE,               | Case No. 05-7179-SSC

10

11                              Debtor.    | **ORDER INCORPORATING
                                           | MEMORANDUM DECISION DATED**
12                                         | **DECEMBER 29, 2006**

13

14          Based upon this Court's Memorandum Decision dated December 29, 2006,

15 which is incorporated herein by reference:

16          IT IS ORDERED that the Trustee's Objection to Property Claimed Exempt is

17 SUSTAINED.

18          IT IS FURTHER ORDERED that the Debtors must turn over to the estate the

19 sum of $140,225.99 representing non-exempt proceeds held in their Wells Fargo Checking

20 Account No. xxxxxx4325 on the date of the filing of their petition.

21          DATED this 29th day of December, 2006.

22

23          _Sarah Sharer Curley_

24          Honorable Sarah Sharer Curley
            United States Bankruptcy Judge

25 BNC to notice.

26

27

28                                1